# CONNELL FOLEY
### A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800   F 973.436.5801

**Bryan P. Couch**
bcouch@connellfoley.com
Direct Dial 973.436.5703

January 28, 2026

***VIA ECF***
Honorable Jessica S. Allen , U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    Baymont Franchise Systems, Inc., et al. v.**
> **Developer Inn Orlando North LLC, et al.,**
> **Civil Action No. 2:25-cv-15170-JKS-JSA**
> **Our File No. BFS 57511**

Dear Judge Allen:

This firm represents plaintiffs, Baymont Franchise Systems, Inc. and Wyndham Hotel Group (collectively "Plaintiffs"), in the above-referenced suit.  Per the Court's Text Order on January 20, 2026, the parties in this matter have continued to engage in settlement negotiations. Defendants submitted a written settlement offer to Plaintiffs, which Plaintiffs are in the process of considering. Accordingly, the parties jointly request this Court provide an additional thirty (30) days for the parties to continue with settlement negotiations.  The parties jointly propose they provide this Court with a joint letter, on or before February 27, 2026, addressing the status of such settlement negotiations.  Please do not hesitate to contact the undersigned counsel should you have any questions.*

We thank Your Honor for your attention to the foregoing.

Respectfully Submitted,

*[signature]*

Bryan P. Couch

BPC/AMJ

cc:  Nicole G. McDonough, Esq. (via ECF)

*Request granted.  A Telephone Status Conference is scheduled for  3/10/26 at 4:30 p.m.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: January 30, 2026

17098462-1
17187423-2